# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 3:97CR50040-004 |
| Marco Antonio Rodriguez ) | USM No: _____ |
| ) | |
| Date of Previous Judgment: July 22, 1998 ) | _____ |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED for C'Ville
MAR 05 2008
JOHN F. CORCORAN, CLERK
BY: /s/
  DEPUTY CLERK

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☒ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __156__ months **is reduced to** __125 months*__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 121 to 151 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
The Government has objected to a reduction based on aspects of Defendant's pre- and post-sentencing conduct. Finding that the pre-sentencing conduct is adequately accounted for under the amended guideline range and that the post-sentencing conduct is adequately addressed by Bureau of Prisons procedures, and upon consideration of the factors set forth in 18 U.S.C. § 3553(a) and U.S.S.G. § 1B1.10, the Government's objections are overruled and Defendant's sentence is reduced as provided above.
*Defendant's term of imprisonment is reduced to 125 months, but not less than time served.

Except as provided above, all provisions of the judgment dated __7/22/1998__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 5, 2008

_____/s/ Norman K. Moon_____
Judge's signature

Effective Date: March 15, 2008
(if different from order date)

Norman K. Moon, United States District Judge
Printed name and title